**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHRISTELA SAINT JEAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:16-cv-00520-RJL |
| HILTON WORLDWIDE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED by and between the parties named in this action through their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs and attorneys' fees.

Entered into this ____ day of October, 2019.

_____
Judge, U.S. District Court
for the District of Columbia

Dated:  October 15, 2019				SEEN AND AGREED:


					By:	/s/ A.J. Dhali*
						A.J. Dhali (D.C. Bar No. 495909)
						Dhali, PLLC
						1828 L. Street, N.W., Suite 600
						Washington, D.C.  20036
						(202) 556-1285 (Telephone)
						(202) 351-0518 (Fax)
						ajdhali@dhalilaw.com

						*Counsel for Plaintiff*

						*signed by Matthew F. Nieman with permission of A.J. Dhali*

					By:	/s/ Matthew F. Nieman
						Matthew F. Nieman (D.C. Bar No. 985382)
						Meredith F. Bergeson (D.C. Bar No. 241423)
						Jackson Lewis P.C.
						10701 Parkridge Boulevard, Suite 300
						Reston, VA  20191
						(703) 483-8300 (Telephone)
						(703) 483-8301 (Fax)
						niemanm@jacksonlewis.com
						meredith.bergeson@jacksonlewis.com

						*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify on October 15, 2019, a copy of the foregoing *Joint Stipulation of Dismissal* was served and filed electronically with the Clerk of the Court using the CM/ECF, upon:

>Arinderjut (AJ) Dhali
>Dhali PLLC
>1629 K Street, N.W.
>Suite 300
>Washington, D.C.  20001
>ajdhali@dhalilaw.com

|      |                                                       |
|------|-------------------------------------------------------|
| By:  | /s/ Matthew F. Nieman                                 |
|      | Matthew F. Nieman (D.C. Bar No. 985382)               |
|      | Meredith F. Bergeson (D.C. Bar No. 241423)            |
|      | Jackson Lewis P.C.                                    |
|      | 10701 Parkridge Boulevard, Suite 300                  |
|      | Reston, VA  20191                                     |
|      | (703) 483-8300 (Telephone)                            |
|      | (703) 483-8301 (Fax)                                  |
|      | niemanm@jacksonlewis.com                              |
|      | meredith.bergeson@jacksonlewis.com                    |
|      |                                                       |
|      | *Counsel for Defendant*                               |