IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT 18 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CHRISTELA SAINT JEAN )
)
Plaintiff, )
)
v. )
) Civil Action No. 1:16-cv-00520-RJL
HILTON WORLDWIDE, INC. )
)
Defendant. )
)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED by and between the parties named in this action through their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs and attorneys' fees.

Entered into this 17 day of October, 2019.

_____
Judge, U.S. District Court
for the District of Columbia

1

Dated: October 15, 2019    SEEN AND AGREED:

By:    /s/ A.J. Dhali*
A.J. Dhali (D.C. Bar No. 495909)
Dhali, PLLC
1828 L. Street, N.W., Suite 600
Washington, D.C. 20036
(202) 556-1285 (Telephone)
(202) 351-0518 (Fax)
ajdhali@dhalilaw.com

*Counsel for Plaintiff*

*\*signed by Matthew F. Nieman with permission of A.J. Dhali*

By:    /s/ Matthew F. Nieman
Matthew F. Nieman (D.C. Bar No. 985382)
Meredith F. Bergeson (D.C. Bar No. 241423)
Jackson Lewis P.C.
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Fax)
niemanm@jacksonlewis.com
meredith.bergeson@jacksonlewis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on October 15, 2019, a copy of the foregoing *Joint Stipulation of Dismissal* was served and filed electronically with the Clerk of the Court using the CM/ECF, upon:

>Arinderjut (AJ) Dhali
>Dhali PLLC
>1629 K Street, N.W.
>Suite 300
>Washington, D.C. 20001
>ajdhali@dhalilaw.com

>By: /s/ Matthew F. Nieman
>Matthew F. Nieman (D.C. Bar No. 985382)
>Meredith F. Bergeson (D.C. Bar No. 241423)
>Jackson Lewis P.C.
>10701 Parkridge Boulevard, Suite 300
>Reston, VA 20191
>(703) 483-8300 (Telephone)
>(703) 483-8301 (Fax)
>niemanm@jacksonlewis.com
>meredith.bergeson@jacksonlewis.com
>
>*Counsel for Defendant*